UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ACE DURAFLO SYSTEMS, LLC, a Nevada Limited Liability Company; PIPE RESTORATION TECHNOLOGIES, LLC. a Nevada Limited Liability Company; and PIPE RESTORATION, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PIPELINE RESTORATION PLUMBING, INC., a California corporation; ROY TERRY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:18-cv-00780-DOC-DFM<br><br>Hon. David O. Carter<br><br>**JUDGMENT** |

Rutan & Tucker, LLP
attorneys at law

2118/022688-0078
13565811.1 a03/29/19

JUDGMENT

Exhibit A, Page 2

WHEREAS, Defendants made an offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as to all claims asserted in the above-referenced case, and Plaintiffs timely accepted such offer.

WHEREAS, pursuant to Rule 68, the offer of judgment and acceptance thereof have been filed with the Court.

In light of the foregoing, and based on facts that are disputed by the parties, a third-party internet marketing company hired by Defendants, briefly used Plaintiffs' EPIPE® trademark in an internet based advertising campaign, and, therefore:

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs and against Defendants as follows: (1) Defendants will pay Plaintiffs one dollar; (2) Defendants PIPELINE RESTORATION PLUMBING, INC. and ROY TERRY, and all parties acting in concert or participation with either of them or both of them are hereby enjoined from using Plaintiffs' EPIPE® trademark, including but not limited to on any document or webpage, or internet advertising campaigns such as Google AdWords or other search optimization techniques; and (3) Defendants will pay to Plaintiffs all costs accrued in this action to date.

Dated: April 4, 2019

_David O. Carter_
David O. Carter
United States District Court Judge